1036 

[No. 32705-4-I. Division One. April 3, 1995.]

BARBARA M. KING, *Appellant*, v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 90-2-24823-2, Edward Heavey, J., entered April
8, 1993. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Baker, A.C.J., and Coleman, J.

[No. 32960-0-I. Division One. April 3, 1995.]

CLARENCE SCOTVOLD, ET AL, *Respondents*, v. ROBERT
MUTCH, ET AL, *Appellants.*

ROBERT MUTCH, ET AL, *Appellants*, v. JULIE SAND,
*Respondent.*

JULIE SAND, *Respondent*, v. LARRY G. NELSON, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 91-2-20478-1, Steven G. Scott, J., entered May
26, 1993. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Baker, A.C.J., and Webster, J.

[No. 16594-5-II. Division Two. April 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KARLTON
LAWRENCE DANIEL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-00428-5, Terry D. Sebring, J., entered No-
vember 3, 1992. *Affirmed* by unpublished opinion per Mor-
gan, J., concurred in by Houghton, A.C.J., and Bridgewater,
J.